IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilkes, Larry | Case Number: 04 B 21433 |
|---|---|---|
| | Wilkes, Joanne | Judge: Squires, John H |
| | Printed: 11/13/07 | Filed: 6/3/04 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: May 9, 2007
Confirmed: November 2, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 19,745.00 | |
| Secured: | | 17,797.34 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 905.20 |
| Trustee Fee: | | 1,033.48 |
| Other Funds: | | 8.98 |
| Totals: | 19,745.00 | 19,745.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 905.20 | 905.20 |
| 2. | Household Financial Corporation | Secured | 0.00 | 0.00 |
| 3. | Triad Financial Services | Secured | 6,587.91 | 4,172.07 |
| 4. | Cook County Treasurer | Secured | 530.00 | 212.88 |
| 5. | Household Financial Corporation | Secured | 10,248.24 | 6,684.72 |
| 6. | CitiFinancial Auto Credit Inc | Secured | 10,368.16 | 6,533.29 |
| 7. | City Of Chicago | Secured | 311.00 | 194.38 |
| 8. | Cook County Department of Rev | Priority | 121.14 | 0.00 |
| 9. | SBC | Unsecured | 319.08 | 0.00 |
| 10. | Specialized Management Consultants | Unsecured | 118.91 | 0.00 |
| 11. | City Of Chicago | Unsecured | 172.39 | 0.00 |
| 12. | Peoples Energy Corp | Unsecured | 1,160.23 | 0.00 |
| 13. | MKM Acquisitions LLC | Unsecured | 1,834.59 | 0.00 |
| 14. | Triad Financial Services | Unsecured | 8,739.98 | 0.00 |
| 15. | T Mobile | Unsecured | 615.36 | 0.00 |
| 16. | ECast Settlement Corp | Unsecured | 1,403.50 | 0.00 |
| 17. | Premier Bankcard | Unsecured | 368.91 | 0.00 |
| 18. | ECast Settlement Corp | Unsecured | 504.64 | 0.00 |
| 19. | Jefferson Capital | Unsecured | 913.33 | 0.00 |
| 20. | ECast Settlement Corp | Unsecured | 2,236.09 | 0.00 |
| 21. | CitiFinancial Auto Credit Inc | Unsecured | 3,302.48 | 0.00 |
| 22. | Cook County Treasurer | Unsecured | 1,304.96 | 0.00 |
| 23. | T Mobile | Unsecured | 339.76 | 0.00 |
| 24. | ADT Security Systems | Unsecured | | No Claim Filed |
| 25. | Charter One Bank | Unsecured | | No Claim Filed |

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | | |
|---|---|---|---|
| **IN RE:** Wilkes, Larry | | Case Number: 04 B 21433 | |
| Wilkes, Joanne | | Judge: Squires, John H | |
| Printed: 11/13/07 | | Filed: 6/3/04 | |

| | | | |
|---|---|---|---|
| 26. | Hinckley Springs | Unsecured | No Claim Filed |
| 27. | Chicago Sun Times | Unsecured | No Claim Filed |
| 28. | Cross Checks | Unsecured | No Claim Filed |
| 29. | Commonwealth Edison | Unsecured | No Claim Filed |
| 30. | Chicago Tribune | Unsecured | No Claim Filed |
| 31. | Household Credit Services | Unsecured | No Claim Filed |
| 32. | Telecheck | Unsecured | No Claim Filed |
| 33. | Kmart Corp | Unsecured | No Claim Filed |
| 34. | Sprint | Unsecured | No Claim Filed |
| 35. | Servpro Orland Park Bar, Hoff Estates | Unsecured | No Claim Filed |
| 36. | First Revenue Assurance | Unsecured | No Claim Filed |

$ 52,405.86         $ 18,702.54

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 329.87 |
| 4% | 97.42 |
| 3% | 49.19 |
| 5.5% | 358.57 |
| 5% | 81.50 |
| 4.8% | 116.93 |
| | $ 1,033.48 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

_Denise Ashley_ _____